UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION

8:10-ml-02151 JVS (FMOx)

MDL No. 2151

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO−48)

On April 9, 2010, the Panel transferred 6 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 704 F.Supp.2d 1379 (J.P.M.L. 2010). Since that time, 252 additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable James V Selna.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Selna.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Central District of California for the reasons stated in the order of April 9, 2010, and, with the consent of that court, assigned to the Honorable James V Selna.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 02, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 2/2/12
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK



1225

IN RE: TOYOTA MOTOR CORP. UNINTENDED
ACCELERATION MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION                                              MDL No. 2151

### SCHEDULE CTO-48 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| NEVADA | | | |
| NV | 2 | 12-00090 | Branch et al v. Toyota Motor Corporation et al |

SACV12-00168 JVS(FMOx)